IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUL 1 5 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE LYNN STROSKY,<br><br>Defendant. | CR 13-46-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 178) pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Jamie Lynn Strosky's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify counsel and the U.S. Probation Office of the making of this Order.

DATED this 15th day of July, 2019.

SUSAN P. WATTERS
United States District Judge

1